IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NEIL D. SWEIGART PLAINTIFF

v. Civil No. 07-5205

WASHINGTON COUNTY JAIL;
CAPTAIN ADAMS; and
SHERIFF HILLARD DEFENDANTS

**ORDER**

Plaintiff's complaint was filed in this case on November 9, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Neil D. Sweigart, complete and sign the attached addendum to his complaint, and return the same to the court **by January 21, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by January 21, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 27th day of December 2007.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE



AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NEIL D. SWEIGART PLAINTIFF

v. Civil No. 07-5205

WASHINGTON COUNTY JAIL;
CAPTAIN ADAMS; and
SHERIFF HILLARD DEFENDANTS

**ADDENDUM TO COMPLAINT**

TO: NEIL D. SWEIGART

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by January 21, 2008.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you allege you have been denied proper medical care, your mail had been tampered with, your legal envelopes have been taken and/or you have been refused legal envelopes, your commissary had been taken, your freedom of speech has been interfered with, and you want to bring charges against Donnie Stewart.

1. Provide the dates of your incarceration at the Washington County Detention Center (WCDC). (In answering, be specific).

Answer:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

2. Were you incarcerated at the WCDC solely because of pending criminal charges?

Answer: Yes __________ No ____________.

If you answered yes, please state what charges were pending against you.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

If you answered no, please state whether you were serving a sentence or if your probation, parole, or supervised release had been revoked.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

3. Please explain how your freedom of speech was denied and who denied you your freedom of speech.

Answer:



AO72A
(Rev. 8/82)

4. You allege you have been denied proper medical care. However, you have not named the jail doctor or jail nurse or nurses as defendants. Did you intend to name the jail doctor or nurse as defendants?

Answer: Yes _______ No _______.

If you answered yes, please provide the name of each jail doctor or nurse you intended to name as a defendant and describe in detail how he or she exhibited deliberate indifference to your serious medical needs.

If you answered no, please state which of the named defendants you contend denied you adequate medical care and how he exhibited deliberate indifference to your serious medical needs.



AO72A
(Rev. 8/82)

5. Please explain in detail: (a) how your mail was tampered with; (b) who tampered with your mail; (c) how often it was tampered with; and (d) whether you were able to send and receive both personal and legal mail.

Answer:

6. You state your legal envelopes were taken and/or you were refused legal envelopes. Please state: (a) when you were provided with legal envelopes; (b) how often you were provided with legal envelopes; (c) how many you received; (d) when they were taken; (e) who took them; and (f) how you were able to send multiple documents and letters to the court if you were not furnished envelopes.

Answer:

7. Did a fellow inmate take your commissary items?



AO72A
(Rev. 8/82)

Answer: Yes ________ No ________.

If you answered yes, please explain how the defendants were responsible for the actions of the fellow inmate.

________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

8. Is Donnie Stewart a fellow inmate?

Answer: Yes _______ No _______.

If you answered yes, please explain: (a) what he did that caused you to want to file criminal charges against him; (b) whether you reported his actions to the defendants; and (c) how the defendants responded.

________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________



AO72A
(Rev. 8/82)

______________________________________________________________________________

______________________________________________________________________________

9. Have you named Captain Adams as a defendant solely because he is a supervisor at the jail?

Answer: Yes _______ No _______.

If you answered no, please explain how you believe Captain Adams violated your federal constitutional rights.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

10. Have you named Sheriff Hillard (actually Helder) as a defendant solely because he is a supervisor at the jail?

Answer: Yes _________ No __________.



AO72A
(Rev. 8/82)

If you answered no, please explain how you believe Sheriff Helder violated your federal constitutional rights.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

11. Was Captain Adams personally involved in any of the constitutional violations you allege in your complaint?

Answer: Yes _________ No __________.

If you answered yes, please explain how Captain Adams was involved.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

12. Was Sheriff Helder personally involved in any of the constitutional violations you allege in your complaint?

Answer: Yes __________ No ___________.

If you answered yes, please explain how Sheriff Helder was involved.

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

13. Do you contend a custom or policy of Washington County was the moving force behind the violation of your federal constitutional rights?

Answer: Yes ________ No ________.

If you answered yes, please explain in detail the custom or policy and how it operated to violate your federal constitutional rights.

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________



AO72A
(Rev. 8/82)

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

NEIL D. SWEIGART

DATE



AO72A
(Rev. 8/82)