## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**NEIL D. SWEIGART**                                                                      **PLAINTIFF**

      v.             Civil No. 07-5205

**CAPTAIN ADAMS; SHERIFF
HELDER; and NURSE RHONDA
BRADLEY**                                                 **DEFENDANTS**

### O R D E R

Now on this 12th day of March, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #44), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE